IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SARAH KNAPP,                          )
                                      )
            Plaintiff,                )
                                      ) Civil No. 07-269-TC
      v.                              )
                                      ) ORDER
COMMISSIONER, SOCIAL SECURITY,        )
                                      )
            Defendant.                )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on February 11, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1     - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The decision of the Commissioner is reversed and this case is remanded for further proceedings.

IT IS SO ORDERED.

DATED this 5th day of March, 2008.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2   - ORDER