UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SARAH KNAPP,

                       Plaintiff(s),

      v.                                        Civil No. 07-269-TC

COMMISSIONER, SOCIAL
  SECURITY ADMINISTRATION,

                     Defendant(s).

## JUDGMENT

This action is reversed and remanded to Defendant Commissioner for further administrative proceedings pursuant to Sentence Four of 42 USC 405(g).

Dated: March 7, 2008.

_____
United States District Judge

**JUDGMENT**