FILED'08 JUN 04 12:10USDC-ORE

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SARAH KNAPP,                                              CV # 07-269-TC

        Plaintiff,

vs.                                                      ORDER

COMMISSIONER of Social Security,

        Defendant.

_____

        Attorney fees in the amount of $7,450.00 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The check shall be sent

to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

        DATED this ____4____ day of ___JUNE_____, 2008.

                                        _____
                                        United States District / Magistrate Judge

Submitted on June 3, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1